CASE NUMBER: GLR-20-283
CASE NAME: USA v. GARY ROCKY JONES

We are ready to begin deliberating for the morning of 9/27/23.

✓ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

10:12 am, Sep 28 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

JUROR NUMBER: 1

DATE: 9/27/23
TIME: 9:30 AM

Jury Note (Rev. 2/2009)

Begin deliberations 9:33am
Judge Russell

CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

CSO: _William Painter_
Time: _09 29_
Date: _9/27/23_