CASE NUMBER: GLR-20-283
CASE NAME: USA v. GARY ROCKY JONES

We have reached a verdict for the case of USA v. Gary Rocky Jones. It is unanimous.

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

10:13 am, Sep 28 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

JUROR NUMBER: 1

DATE: 9/27/23
TIME: 10:15 AM

Jury Note (Rev. 2/2009)

Received 9/27/2023
10:30 am
Judge Russell

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
**GEORGE LEVI RUSSELL, III**
**UNITED STATES DISTRICT JUDGE**
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201

**CSO:** _L. Alston_

**Time:** _1016 A.M_

**Date:** _9-27-2023_