IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Case No. GLR-20-0283 |
| GARY ROCKY JONES | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMBINED POST-TRIAL MOTIONS PURSUANT TO RULES 29 AND 33
OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

The defendant, Gary Rocky Jones, through his counsel, Joseph A. Balter, hereby moves for a Judgment of Acquittal pursuant to Federal Rule of Criminal Procedure 29 and for a New Trial pursuant to Federal Rules of Criminal Procedure 33, and in support thereof states the following:

The Court entered verdict on September 28, 2023, after a jury trial in which Mr. Jones was convicted on all counts charged in the Superseding Indictment.

Counsel was not involved in the trial of this case. Counsel was appointed post-verdict as substitute counsel on October 4, 2023. Docket No. 135. Counsel is still in the process of reviewing the case record and materials. Counsel hereby seeks to preserve Mr. Jones' rights with respect to any post-trial motions under which he may be entitled to relief, pursuant to Rule 29 and Rule 33 of the Federal Rules of Criminal Procedure. Accordingly, counsel respectfully seeks to preserve Mr. Jones' challenges to his convictions as set forth herein:

1. **The Court Should Enter a Judgment of Acquittal as the Evidence was Insufficient Evidence to Sustain the Convictions, Pursuant to Rule 29 of the Federal Rules**

1

**of Criminal Procedure.**  Mr. Jones submits that the evidence was insufficient to sustain the convictions.

2. **The Court Should Vacate the Judgment and Grant a New Trial in the Interests of Justice, Pursuant to Rule 33 of the Federal Rules of Criminal Procedure.**  Mr. Jones submits the judgments should be vacated and a new trial ordered in the interests of justice.

3. **Reassertion of Grounds Previously Placed in the Record.**  Mr. Jones' reasserts each and every ground previously set forth by Mr. Jones' prior counsel during trial and trial objections, as if fully set forth herein, to the extent applicable to further relief.

4. **Notice of Further Filings.**  Counsel seeks to preserve for Mr. Jones the right to supplement these motions along with a memorandum of law discussing and expanding upon the issues.  Counsel requests leave to submit to the Court within 90 days a report regarding the status of the post-trial motions or any other matters related to further proceedings in this case.

5. **Opposition by the Government.**  Counsel anticipates the Government opposes the requested relief. In view of the anticipated supplement to the motions, Mr. Jones submits that the Government need not file a response to this instant filing.  If acceptable to the Court, the Government need only file a response if the Defense supplements this filing with an additional filing in support of the motions.

WHEREFORE, the defense requests that this Honorable Court grant its Combined Motions for Judgment of Acquittal pursuant to Federal Rule of Criminal Procedure 29 and for a New Trial pursuant to Federal Rule of Criminal Procedure 33, and for whatever other relief the defendant is entitled.

Respectfully submitted,

/s/
JOSEPH A. BALTER, #04496
Law Office of Joseph A. Balter, LLC
Mt. Washington Mill
1340 Smith Avenue, Ste 200
Baltimore, Maryland 21201
Telephone:  (410) 375-7082
Facsimile:  (410) 779-1201
Email:      joseph@josephbalterlaw.com