IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Case No. GLR-20-0283 |
| GARY ROCKY JONES | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO MODIFY REGULAR SENTENCING ORDER

Gary Rocky Jones,, through his attorney, hereby moves this Honorable Court to modify the Regular Sentencing Order, and, as grounds therefore states the following.

1. The defendant was charged in the Superseding Indictment with Distribution of Child Pornography, in violation of 18 U.S.C. §2252(a)(2); Sexual Exploitation of a Child, in violation of 18 U.S.C. §2251(a); Possession of Child Pornography, in violation of 18 U.S.C. §2252A(a)(5)(B); and, Coercion and Enticement, in violation of 18 U.S.C. §2422(b). The case is pending sentencing.

2. The Court issued a Regular Sentencing Order filed on April 26, 2024. ECF No. 163.

3. It now appears that modifications to the schedule set in the Regular Sentencing Order are necessary to allow the United States Probation Officer sufficient time to complete the presentence report.

4. Accordingly, counsel proposes the following modifications to the schedule (referred to below by paragraph number as set forth in the Regular Sentencing Order):

   (1) The Probation Officer shall provide the initial draft of the presentence report to counsel on or before July 17, 2024 (modified from June 4, 2024).

   (2) Counsel will submit any objections to the report on or before July 31, 2024 (modified from June 18, 2024).

   (4) The Probation Officer shall file the report on or before August 14, 2024 (modified from July 1, 2024).

      (8)      The sentencing shall be held on October 8, 2024 at 10:00 a.m. (modified from August 28, 2024).

5.      AUSA Paul Budlow and USPO Helen Domico consent to the proposed modifications.

6.      All other terms of the Regular Sentencing Order shall remain unchanged.

WHEREFORE, Mr. Jones respectfully requests the Honorable Court to order the proposed modifications to the Regular Sentencing Order.

Respectfully submitted,

_____/s/_____
JOSEPH A. BALTER, #04496
Law Office of Joseph A. Balter, LLC
Mt. Washington Mill
1340 Smith Avenue, Ste 200
Baltimore, Maryland 21201
Telephone:  (410) 375-7082
Facsimile:  (410) 779-1201
Email:       joseph@josephbalterlaw.com